PER CURIAM.
Affirmed. §§ 777.04(1), 775.087(l)(a), Fla. Stat. (1993); See Hall v. State, 614 So.2d 473 (Fla.), cert. denied, — U.S.—, 114 S.Ct. 109, 126 L.Ed.2d 74 (1993); Durocher v. State, 596 So.2d 997 (Fla.1992); Hodges v. State, 595 So.2d 929 (Fla.), cert. granted and *59 judgment vacated on other grounds, — U.S.—, 113 S.Ct. 33, 121 L.Ed.2d 6 (1992); Jones v. State, 612 So.2d 1370 (Fla.1992), cert. denied, — U.S.—, 114 S.Ct. 112,126 L.Ed.2d 78 (1993); Farinas v. State, 569 So.2d 425 (Fla.1990); Cook v. State, 542 So.2d 964 (Fla.1989), cert. denied, 502 U.S. 890, 112 S.Ct. 252, 116 L.Ed.2d 206 (1991); State v. DiGuilio, 491 So.2d 1129 (Fla.1986); State v. Abreau, 363 So.2d 1063 (Fla.1978); Stallings v. State, 634 So.2d 784 (Fla. 5th DCA 1994); Pietre v. State, 597 So.2d 853 (Fla. 3d DCA 1992); Henry v. State, 586 So.2d 1335 (Fla. 3d DCA 1991); Jones v. State, 582 So.2d 110 (Fla. 3d DCA), cause dismissed, 592 So.2d 681 (Fla.1991); Wright v. State, 538 So.2d 497 (Fla. 3d DCA 1989).